Alcock Plumbing Company, appellee, v. Claudia E. Hunter, sued as Mrs. R. C. Hunter, appellant. Gen. No. 30,188.

Action for labor and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Ellis & Westbrooks and Harris B. Gaines, for appellant; Harris

B. Gaines, Sr., of counsel. Cline C. Brosius, for appellee; Glenn G. Paxton, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.